| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI, OLSTEIN,<br>BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068<br>(973) 994-1700<br><br>G. Hopkins Guy III<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road Building One, Suite 200<br>Palo Alto, CA 94304-1007<br>(650) 739-7500 | Jamie R. Lynn<br>BAKER BOTTS L.L.P.<br>700 K St. NW<br>Washington, DC 20001<br>(202) 639-7786<br><br>Robert L. Maier<br>Michael E. Knierim<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>(212) 408-2500 |

*Attorneys for Defendants DraftKings Inc.,*
*DraftKings, Inc., and Crown Gaming Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AG 18, LLC dba ARROW GAMING,<br><br>                         *Plaintiff*,<br><br>    v.<br><br>DRAFTKINGS INC., a Nevada corporation, DRAFTKINGS INC., a Delaware corporation, and CROWN GAMING INC., a Delaware corporation<br><br>                         *Defendants*. | Civil Action No. 21-15737(KM)(JSA)<br><br>**NOTICE OF MOTION** |

To:    All Persons on ECF Service List

PLEASE TAKE NOTICE that in accordance with the schedule set forth in the Court's February 17, 2022 Text Order, the undersigned counsel for Defendants shall move before Hon. Jessica S. Allen, U.S.M.J. at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey for an Order, alternatively, disqualifying Shore Chan LLP as counsel for Plaintiff or entering a patent prosecution bar and covenant not to sue.

The undersigned intends to rely upon the annexed Brief and Exhibits annexed thereto.

The undersigned hereby requests oral argument.

Respectfully submitted,

/s/ *James E. Cecchi*
James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700

G. Hopkins Guy III
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304-1007
(650) 739-7500

Jamie R. Lynn
BAKER BOTTS L.L.P.
700 K St. NW
Washington, DC 20001
(202) 639-7786

Robert L. Maier
Michael E. Knierim
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2500